IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE
CASE NO. 06-171(UNA)

I hereby certify that on March 17, 2006, I electronically filed the **Joint Motion of Debtors and Debtors in Possession and Their Principal Creditor Constituencies for Consolidation of Appeals, for Waiver of Mediation Requirement and for an Expedited Hearing on Confirmation Findings and Confirmation Order** with the Clerk of Court using CM/ECF which will send notifications of such filing to the following:

Daniel J. DeFranceschi
defranceschi@rlf.com rbgroup@rlf.com

Paul J. Dougherty, III
pdoug@gebsmith.com

Daniel K. Hogan
dkhogan@dkhogan.com

Mark Thomas Hurford
mhurford@camlev.com

Jason Michael Madron
madron@rlf.com rbgroup@rlf.com

Sharon Matava Zieg
bank@ycst.com szieg@ycst.com

I hereby certify that on March 17, 2006, I mailed via the United States Postal Service the document to the following non-registered participants:

William P. Bowden
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

*Kimberly D. Newmarch*
Kimberly D. Newmarch (DE 4340)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19810
302-651-7700
Newmarch@rlf.com